IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ROSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-537-WKW |
| | ) | (WO) |
| SEJIN AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On February 22, 2019, the court filed an order (Doc. # 27) directing Plaintiffs to file a new complaint that corrects the typographical errors in Defendant's name and styles the filing correctly. Plaintiffs filed their second amended complaint, (Doc. # 28), but it contains the issues listed below:

- The second amended complaint misspells Defendant's name. It lists "Sejin American, Inc." Plaintiffs spell "Sejin" correctly, but the second word should be *America*, not *American*.

- The second amended complaint appears to add an entirely new party, "Sejin Company, Ltd.," a foreign corporation doing business in Alabama, that has not appeared in any filings, not been served, and not had anyone appear on its behalf. Plaintiffs have not sought leave to add any parties.

- The second amended complaint drops one of its own Plaintiffs, Naquita Bledsoe, from the case. It is unclear whether this was intentional, but Plaintiffs have not sought leave to add or drop any parties.
- Plaintiffs' second amended complaint drops no less than three of the four counts and 24 of the original 62 paragraphs. Again, it is unclear whether this was intentional, but Plaintiffs have not moved to dismiss any of their claims. *See* Fed. R. Civ. P. 15(a)(1) (stating that a party may "amend its pleading *once* as a matter of course" 21 days after serving it or 21 days after service of an answer or motion to dismiss).
- Finally, party names continue to be misspelled in the body of the complaint.

The court will strike Plaintiffs' complaint yet again so Plaintiffs can correct these errors. This is the third time the court has had to point out Plaintiffs' errors and have them corrected. Plaintiffs are advised that failure to abide by court orders is grounds for dismissal without prejudice.

It is ORDERED that:

(1) Plaintiffs' second amended complaint is STRICKEN from the record.

(2) Plaintiffs are DIRECTED to file, **on or before March 14, 2019**, a third amended complaint that corrects the issues described in this order. If Plaintiff seeks to add or drop parties or dismiss claims, it must seek the court's permission.

DONE this 6th day of March, 2019.

                                                /s/ W. Keith Watkins  
                                     UNITED STATES DISTRICT JUDGE